IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE THE HOME DEPOT, INC. SHAREHOLDER DERIVATIVE LITIGATION | LEAD CASE NO. 1:15-CV-2999 TWT |

## ORDER

This matter came before the Court upon the joint motion of the parties pursuant to FRCP Rule 62.1. The parties jointly request an indicative ruling from this Court that, upon limited remand from the 11th Circuit, this Court will grant preliminary approval of the proposed settlement of this putative shareholder derivative action pursuant to FRCP Rule 23.1, and schedule a final approval hearing after notice to the shareholders. Having considered the joint motion, and the motion for preliminary approval of the settlement filed concurrently therewith, the Court is of the opinion, and so finds, that if the case is remanded to it by the 11th Circuit Court of Appeals, it will grant the relief requested.

IT IS SO ORDERED.

DATED: May 1, 2017

/s/Thomas W. Thrash
The Honorable Thomas W. Thrash, Jr.
Chief United States District Judge