IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-17742-DD

MARY LOU BENNEK,
CORA FROHMAN,

          Plaintiffs - Appellants,

versus

F. DUANE ACKERMAN,
ARI BOUSBIB,
GREGORY D. BRENNEMAN,
J. FRANK BROWN,
ALBERT P. CAREY, et al.,

          Defendants - Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

Before: TJOFLAT and HULL, Circuit Judges.

BY THE COURT:

    The parties' joint motion for limited remand is GRANTED.

    The appeal is hereby STAYED pending conclusion of the proceedings on limited remand. The parties are directed to file joint, monthly status reports with this court.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 03, 2017

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 16-17742-DD
Case Style: Mary Bennek, et al v. F. Ackerman, et al
District Court Docket No: 1:15-cv-02999-TWT

LIMITED REMAND

Enclosed is a copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This case will be held in abeyance and monitored in the Eleventh Circuit pending disposition of remand proceedings in your court.

Upon completion of remand proceedings, please promptly send a copy of the ORDER ON REMAND to this court.

The parties are directed to file joint, monthly status reports with this court.

Status Reports are due on the 15th of each month, beginning August 15, 2017.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Sandra Brasselmon, DD
Phone #: (404) 335-6181

CLK-3 DC Letter with Ltd Remand order