**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE THE HOME DEPOT, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) Lead Case No. 1:15-cv-2999-TWT ) ) ) ) |

**ORDER RESCHEDULING SETTLEMENT HEARING**

Upon the Parties joint request, the Settlement Hearing in the above-captioned matter shall be rescheduled from September 29, 2017 at 11:00 a.m. until October 2, 2017 at 2:00 p.m. at the United States District Court for the Northern District of Georgia, 2188 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303-3309, Courtroom 2108.

IT IS SO ORDERED

DATED: July 27, 2017         **/s/Thomas W. Thrash**
                            The Honorable Thomas W. Thrash, Jr.
                            Chief United States District Judge